UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER,               )
                                 )
        Plaintiff,               )
                                 )
v.                               )          Case No. 3:10-cv-00753-UATC-JBT
                                 )
E HOLDINGS, LTD.,                )
                                 )
        Defendant.               )
_____)

## ANSWER AND AFFIRMATIVE DEFENSES

1.      Defendant E Holdings, Ltd. ("E Holdings"), denies the allegations set forth in Paragraph 1 of the Complaint.

2.      E Holdings is without knowledge as to the allegations set forth in Paragraph 2 of the Complaint regarding the Plaintiff's residence and physical condition. Defendant denies allegations regarding Plaintiff's access to Defendant's property.

3.      E Holdings is without knowledge as to the allegations set forth in Paragraph 3 of the Complaint.  Accordingly, all such allegations are denied.

4.      E Holdings denies the allegations set forth in Paragraph 4 of the Complaint.

5.      E Holdings denies the allegations set forth in Paragraph 5 of the Complaint.

6.      E Holdings denies the allegations set forth in Paragraph 6 of the Complaint.

7.     E Holdings is without knowledge as to the allegations set forth in Paragraph 7 of the Complaint.  Accordingly, all such allegations are denied.

8.     E Holdings asserts that the language of 42 U.S.C. § 12101 speaks for itself.

9.     E Holdings asserts that the language of 42 U.S.C. § 12101 speaks for itself.

10.    E Holdings asserts that the language of 42 U.S.C. § 12101 speaks for itself.

11.    E Holdings denies the allegations set forth in Paragraph 11 of the Complaint.

12.    E Holdings asserts that the language of 42 U.S.C. § 12134 speaks for itself.

13.    E Holdings denies the allegations set forth in Paragraph 13 of the Complaint.

14.    E Holdings denies the allegations set forth in Paragraph 14 of the Complaint.

15.    E Holdings denies the allegations set forth in Paragraph 15 of the Complaint.

16.    E Holdings denies the allegations set forth in Paragraph 16 of the Complaint.

17.    E Holdings denies the allegations set forth in Paragraph 17 of the Complaint, including all subparagraphs thereof.

18.     E Holdings denies the allegations set forth in Paragraph 18 of the Complaint.

19.     E Holdings denies the allegations set forth in Paragraph 19 of the Complaint.

20.     E Holdings denies the allegations set forth in Paragraph 20 of the Complaint.

21.     E Holdings denies the allegations set forth in Paragraph 21 of the Complaint.

22.     E Holdings denies the allegations set forth in Paragraph 22 of the Complaint.

23.     E Holdings asserts that the language of 42 U.S.C. § 12188 speaks for itself.

The unnumbered paragraph following Paragraph 23 contains Plaintiff's prayer for relief, which requires no response.  To the extent a response is required, E Holdings denies that Plaintiff is entitled to relief.

## AFFIRMATIVE DEFENSES

1.     Plaintiff's claims, in whole or in part, fail to state a claim upon which relief can be granted.

2.     E Holdings reserves the right to amend its affirmative defenses as the parties have not conducted any discovery.

Respectfully submitted,


/s/ Robert B. George
Robert B. George, Esq.
Florida Bar No.:  108995
Christian P. George, Esq.
Florida Bar No.:  041055
Liles, Gavin, Costantino, George &
    Dearing, P.A.
225 Water Street, Suite 1500
Jacksonville, FL  32202
Telephone:  (904) 634-1100
Facsimile:   (904) 634-1234
e-mail: rgeorge@lilesgavin.com
        cgeorge@lilesgavin.com

*Counsel for Defendant E Holdings, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ANSWER AND AFFIRMATIVE DEFENSES** was filed using the CM/ECF system on October 6, 2010, which will automatically provide notice to the following attorney of record by electronic means:

> Todd W. Shulby, Esq.
> Todd W. Shulby, P.A.
> 4705 S.W. 148th Avenue, Suite 102
> Davie, Florida 33330-2417
> e-mail: tshulby@shulbylaw.com

/s/ Robert B. George